

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CHRISTOPHER G. ARKO<br>*Senior Counsel*<br>Phone: (212) 356-5044<br>Fax: (212) 356-2439<br>carko@law.nyc.gov |
|---|---|---|

May 25, 2023

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Application GRANTED.** By **May 30, 2023**, Defendants shall file the exhibits referenced herein.

Dated: May 26, 2023
      New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Nicole Restua v. New York City Health and Hospitals Corporation, et al., 22 Civ. 10968 (LGS)

Your Honor:

I am a Senior Counsel in the New York City Law Department, attorney for defendants New York City Health and Hospitals Corporation ("H+H") and Bellevue Hospital. I write regarding Exhibits A through I that should be annexed to the Declaration of Christopher G. Arko in support of defendants' motion to dismiss. Due to an unexpected technological error, ECF is rejecting my attempts to file the exhibits on the docket. I am currently traveling overseas and do not have access to another version of the exhibits. I respectfully request permission from the Court to file Exhibits A through I on the docket upon my return to the office on May 30, 2023. In the meantime, I will email the exhibits to plaintiff so as not to delay her ability to begin working on her opposition

I thank the Court for its consideration herein and apologize for any inconvenience to the Court or opposing counsel.

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

cc:   April Forbes, Esq. (by ECF)
      *Counsel for plaintiff*